UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CASE NO. |
| --- | --- | --- |
| v. | : | MAGISTRATE NO.: 24-mj-00228 |
| PAUL KOVACIK, | : | VIOLATIONS: |
|  | : | 18 U.S.C. § 3146(a)(2) |
| Defendant. | : | (Failure to Appear) |

### **I N F O R M A T I O N**

The United States Attorney charges that:

### **COUNT ONE**

On or about November 1, 2023, within the District of Columbia, **PAUL KOVACIK,** having been sentenced to a term of incarceration for a violation of Title 40, United States Code, Section 5104(e)(2)(G), and having been released pursuant to chapter 207 of Title 18, United States Code, knowingly failed to surrender for service of a sentence pursuant to a court order.

(**Failure to Appear**, in violation of Title 18, United States Code, Section 3146(a)(2))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

2

By:  <u>*/s/ Eli J. Ross*</u>
     Eli J. Ross
     Assistant United States Attorney
     Illinois Bar Number 6321411
     United States Attorney's Office
     601 D Street, N.W.
     Washington, D.C.  20530
     Telephone: 202-297-1515
     Email: Eli.Ross@usdoj.gov