U.S. ATTORNEY'S OFFICE
WASHINGTON D.C.

AUGUST 3, 2024

Leave to file is granted
J. Walton
12/19/2024

RECEIVED
Mail Room
AUG 12 2024
Angela D. Caesar, Clerk of Court

TO WHOM IT MAY CONCERN,

    I DON'T KNOW IF IT IS APPROPRIATE FOR ME TO CONTACT YOU, BUT I AM AT THE LITERAL AND FIGURATIVE END OF MY ROPE. MY NAME IS PAUL, CASE #24-MJ-228, AND I HAVE SUFFERED LIFELONG MENTAL ILLNESSES SUCH AS ANXIETY, SOCIAL AWKWARDNESS, AUTISM, ASPERGERS, AND POSSIBLE OCD AND BIPOLAR DISORDER. DESPITE ALL THAT, I TRY TO LIVE MY LIFE AVOIDING TROUBLE; I HAVE NEVER EVEN TRIED DRUGS OR NARCOTICS, NEVER SMOKED, AND EXCEPT FOR A LONG-AGO SIP OF WINE NEVER DRANK. BUT IN DOING SO, I LIVE A LIFE OF LONELINESS. I LIVE IN A SMALL HOUSE IN A CRIME-FILLED AREA. THE HOUSE HAS ONE OR TWO OTHER TROUBLED MEN LIVING IN SEPARATE ROOMS, I DO NOT KNOW THEIR NAMES, AND DON'T CARE TO TALK WITH THEM. MY CURRENT PROBATION AGENT, TRAMAINE WHITE (414-841-7626) KNOWS ALL ABOUT THIS ARRANGEMENT. HE TOLD ME TO SEEK PROFESSIONAL HELP, BUT NEVER GAVE ME A LIST OF CONTACTS, AND WITHOUT HEALTH CARE OR MONEY I COULDN'T DO SO. I AM UNABLE TO TAKE CARE OF MYSELF EXCEPT FOR SMALL THINGS LIKE EAT, BUY GROCERIES OR ITEMS, WRITE, KEEP A BANK ACCOUNT, AND TRAVEL. I AM UNABLE TO UNDERSTAND TAX FORMS, AND UNABLE TO FULLY FILL OUT A JOB APPLICATION, OR OTHER COMPLEX FORMS. MY PROBLEMS MAKE ME UNHIREABLE, EXCEPT FOR FAR-FLUNG JOBS FAR AWAY WHICH NO ONE ELSE WANTS. MY PARENTS ARE LONG DEAD, MY SISTER LIVES IN A GROUP HOME WITH MENTAL ILLNESS, AND THE FEW RELATIVES I HAVE LIVE TOO FAR AWAY. I HAVE NO FRIENDS, AND INCAPABLE OF MAKING ANY.

    I HAVE ALREADY MAILED SOME REQUESTS TO THE MAGISTRATE JUDGE REQUESTING HE REPLACE MY CURRENT PUBLIC DEFENDER, NATHAN SILVER, BECAUSE HE FAILED ME IN MY PREVIOUS CASE CAUSING THE CURRENT SITUATION, AND MY TALKS WITH HIM LEAVE ME CONFUSED AND NOT TRUSTING HIM. I AM KNOWN TO BE IMPATIENT, AND STILL WAITING FOR AN ANSWER. I'M ALSO TRYING TO FILE A 2255 FORM AGAINST MR. SILVER BUT IT IS TOO COMPLEX FOR ME TO UNDERSTAND. I BELIEVE HE IS WORKING WITH THE COURT TO HAVE ME JAILED FOR LIFE ON THIS MATTER, EVEN THOUGH IT IS A MISDEMEANOR CAUSED BY MY MENTAL DISORDERS. HE BERATES ME AND HUMILIATES ME ON THE PHONE. I AM REMORSEFUL ABOUT ALL THIS, AND WISHED I HAD A JOB IN JANUARY 2021 SO I WOULD HAVE NEVER DONE ALL THIS, EVEN THOUGH I DID NOTHING MORE THAN BEING SOMEPLACE I WAS NOT SUPPOSED TO. THIS WILL HAUNT ME FOR THE REST OF MY LIFE. BUT AT THE SAME TIME, I HAVE A WISH TO MAKE MYSELF BETTER AND FUNCTION IN SOCIETY. RIGHT NOW I HAVE ONLY TWO OPTIONS

(OVER)

IN LIFE: GET BACK TO LIVING STRAIGHT AND BEING PRODUCTIVE AND RESPONSIBLE, OR FORGET ABOUT IT ALL AND CHOOSE SUICIDE AS AN OPTION. I'VE HAD MANY SUICIDAL THOUGHTS OVER THE YEARS, THOUGH I USUALLY FEND THEM OFF WITH THINGS SUCH AS USING THE INTERNET AT THE LIBRARY, OR WATCHING BIRDS IN THE PARK, OR ANYTHING. DURING MY THREE-MONTH STAY I CLEARLY SEE REGULAR PRISON FACILITIES OFFER NOTHING THAT CAN HELP ME. ONLY PSYCHIATRIC CARE FACILITIES THAT CAN TEACH ME TO LIVE A PRODUCTIVE, BENEFICIAL LIFE AND HELP ME WITH JOBS, FILLING OUT FORMS, ETC. CAN DO SO.

I AM REQUESTING UNDER RULE 12.2 THAT I BE GIVEN A MENTAL COMPETENCY EXAMINATION TO DETERMINE MY ILLNESSES AND INABILITY TO FUNCTION IN LIFE. AND UNDER § 4241 I WANT SUCH EXAMINATIONS AND ANALYSIS TO BE ENTERED INTO THE RECORD. IT DOESN'T SOUND LIKE MR. SILVER IS AGREEING TO DO SO; HE HASN'T EVEN ASKED FOR MENTAL HEALTH RECORDS AT THE PRISON I'M AT. YOU'RE PROBABLY NOT ALLOWED TO ASK ME THE DETAILS OF MY CASE, AND MY PROBLEMS. UNTIL MR. SILVER IS REPLACED I AM WITHOUT EFFECTIVE ASSISTANCE OF COUNSEL, SO I AM WILLING TO SUBMIT WHATEVER YOU WANT OF ME, BUT THE ONLY HOPE FOR ME IS PROFESSIONAL MENTAL HEALTH CARE. UNDER §4244 I CAN HAVE A HEARING TO GET THE HELP I NEED. HAD THIS NEW CASE NEVER HAPPENED AND I FINISHED MY SENTENCE ON TIME, I WOULD BE SENT BACK TO THAT SAME SMALL HOUSE IN A CRIME-FILLED NEIGHBOURHOOD, WITH NO JOB, NO FRIENDS, NO HELP FROM ANYONE AND NO HOPE FOR ME - THINGS WOULD BE BACK TO SQUARE ONE. MAYBE I WOULD DO THE SAME THING BROOKS DID IN THE SHAWSHANK REDEMPTION WHEN HE WAS RELEASED. I DO DESERVE THE FULL PUNISHMENT FOR MY MISTAKE AND SUICIDE SEEMS LIKE THE BEST OPTION, THOUGH I AM ALWAYS TOO SCARED TO FOLLOW THROUGH ON IT.

I WILL THINK MORE OF MY OPTIONS, BUT I AM ASKING YOU TO DISCUSS MATTERS WITH MR. SILVER OR WHOEVER REPLACES HIM AND AGREE TO THE BEST SOLUTION THAT WILL HELP ME NEEDS.

REGARDS,

PAUL KOVACIK

#07735-510