AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID: 10189732

**RECEIVED**
By USMS District of Columbia District Court at 11:30 am, Nov 10, 2025

UNITED STATES OF AMERICA )
V. )
)  Case No.   0090 1:24CR00342-001
Paul Kovacik )
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Paul Kovacik

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached.

Date: November 6, 2025

_____
Issuing Officer's Signature

Reggie B. Walton, U.S. District Judge
Printed Name and Title

City and State: Washington, DC

### Return

This warrant was received on *(date)* 11/6/25, and the person was arrested on *(date)* 11/11/25
at *(city and state)* Butler WI.

Date: 11/13/25

_____
Arresting Officer's Signature

DUSM Natich
Printed Name and Title