AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID: 10189732

**RECEIVED**
By USMS District of Columbia District Court at 11:30 am, Nov 10, 2025

UNITED STATES OF AMERICA )
V. )
) Case No. 0090 1:24CR00342-001
Paul Kovacik )
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Paul Kovacik

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached.

Date: November 6, 2025

*Issuing Officer's Signature*

City and State: Washington, DC

Reggie B. Walton, U.S. District Judge
*Printed Name and Title*

**Return**

This warrant was received on *(date)* 11/6/25, and the person was arrested on *(date)* 11/11/25
at *(city and state)* Butler WI.

Date: 11/13/25

*Arresting Officer's Signature*

DUSM Natick
*Printed Name and Title*

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| v. | on Rule 32.1 Hearing |
| **PAUL KOVACIK** | CASE NUMBER  **25-mj-1816** |

| | |
|---|---|
| HONORABLE  NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk:  Ross M. | Hearing Began: <u>3:40 p.m.</u> |
| Hearing Held:  November 13, 2025 at 3:30 p.m. | Hearing Ended: <u>3:52 p.m.</u> |

**Appearances:**
UNITED STATES OF AMERICA by:  Zachary Corey
PAUL KOVACIK, in person, and by:  Julie Linnen          ☐ CJA  ☑ FDS  ☐ RET
U.S. PROBATION OFFICE by:  Daniel Savasta
INTERPRETER:  ☑ None  ☐ Sworn

☑  Defendant advised of rights
☑  Defendant advised of alleged violation(s) of supervised release

☑  Defendant waives right to an identity hearing
☑  Court makes finding of identity

☑  Released on same conditions imposed in other district with additional condition to appear in District of Columbia District on a date and time to be set

Court ORDERS additional condition – Defendant to participate in mental health treatment.
Defendant to continue to follow all previous conditions imposed by charging court.
Defendant is released and shall report to the District of Columbia District at a time and date to be set by that Court.

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br><br>__PAUL KOVACIK__<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-mj-1816<br><br>Charging District's Case No. 24-CR-342 |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

    I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* __District of Columbia District__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒ an identity hearing and production of the judgment, warrant, and warrant application.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
    ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

    I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: November 13, 2025

*Defendant's signature*

*Signature of defendant's attorney*

Julie Linnen

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25-mj-1816 |
| | ) | |
| PAUL KOVACIK | ) | Charging District: District of Columbia District |
| *Defendant* | ) | Charging District's Case No. 24-CR-342 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Courtroom No.: |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: November 13, 2025

*Judge's signature*

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

CLOSED,TRANSFERRED

# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CRIMINAL DOCKET FOR CASE #: 2:25-mj-01816-NJ All Defendants

| | |
|---|---|
| Case title: USA v. Kovacik | Date Filed: 11/13/2025 |
| Other court case number: 24-CR-342 District of Columbia District | Date Terminated: 11/13/2025 |

Assigned to: Magistrate Judge Nancy Joseph

**Defendant (1)**

Paul Kovacik  
*YOB 1967*  
*TERMINATED: 11/13/2025*

represented by Julie K Linnen  
Federal Defender Services of Wisconsin Inc  
411 E Wisconsin Ave - Ste 2310  
Milwaukee, WI 53202  
414-221-9900  
Email: julie_linnen@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| INCLUSION OF A TERM OF SUPERVISED RELEASE AFTER IMPRISONMENT.<br>(1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Zachary John Corey** <br> United States Department of Justice (ED-WI) <br> Office of the US Attorney <br> 517 E Wisconsin Ave - Rm 530 <br> Milwaukee, WI 53202 <br> 414-297-1174 <br> Fax: 414-297-1738 <br> Email: zachary.corey@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2025 | | Arrest Rule 32 of Paul Kovacik in case number 24-CR-342 from the District of Columbia District. (rcm) |
| 11/13/2025 | | NOTICE OF HEARING as to Paul Kovacik. Initial Appearance - Rule 32.1 set for 11/13/2025 at 3:30 PM in Courtroom 253, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge Nancy Joseph. (cc: all counsel, FDS, PTS, USMS)(rcm) |
| 11/13/2025 | 1 | UPDATE FOR 11/13/25 INITIAL APPEARANCE (No action required - Restricted) filed by US Probation Office as to Paul Kovacik (NOTICE: This document is NOT available electronically and will be served upon the parties entitled to a copy by other appropriate means. Counsel for the defendant is required to provide a copy of this document to the defendant.) (at) |
| 11/13/2025 | 2 | Minute Entry for Initial Appearance in Rule 32 Proceedings as to Paul Kovacik held before Magistrate Judge Nancy Joseph on 11/13/2025: Defendant ordered released with added condition. Defendant to appear in DC District at a time and date to be set by that court. (Court Reporter Liberty 3:40-3:52) (rcm) |
| 11/13/2025 | 3 | WAIVER of Rule 32.1 Hearings by Paul Kovacik. (rcm) |
| 11/13/2025 | 4 | ORDER Requiring Defendant to Appear in Other District as to Paul Kovacik signed by Magistrate Judge Nancy Joseph on 11/13/2025. (cc: all counsel) (rcm) |
| 11/13/2025 | 5 | Notice FROM Eastern District of Wisconsin TO District of Columbia District of a Rule 32.1 Initial Appearance as to Paul Kovacik. Your case number is: 24-CR-342. Docket sheet and documents attached. <br> *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (rcm) |