UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 24-CR-342 |
| v. | : | |
| | : | |
| **PAUL KOVACIK,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Gauri Gopal, who may be contacted by telephone on (202)-730-6624 or e-mail at Gauri.Gopal@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

                                              Respectfully submitted,

                                              JEANINE FERRIS PIRRO
                                              United States Attorney

By:    /s/ *Gauri Gopal*
           Gauri Gopal
           Assistant United States Attorney
           PA Bar No. 306718
           601 D Street NW
           Washington, DC
           (202)-730-6624
           Gauri.Gopal@usdoj.gov