UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL KOVACIK,<br><br>Defendant. | No. 24-cr-342-RBW |

## REPORT AND RECOMMENDATION

On November 6, 2025, Judge Walton issued an arrest warrant for Paul Kovacik based on violations alleged in a probation petition.

On November 13, 2025, the defendant appeared for a return on arrest warrant before Magistrate Judge Nancy Jospeh in the Eastern District of Wisconsin. Judge Joseph ordered the defendant to appear in this District for a hearing on violation.

On January 14, 2026, the Public Defender's Office notified the undersigned that the defendant has been in Washington, D.C. for several days awaiting the hearing on violation. The undersigned promptly notified the government and the Probation Office. In turn, the Probation Office filed a Petition. *See* Probation Office Petition, ECF No. 32.

On January 15, 2026, the parties appeared before the undersigned. Probation Officer Ford—in consultation with the officer in the supervising jurisdiction—recommended termination of supervision as unsuccessful. The Probation Office made this recommendation given that the defendant's supervision is set to expire in five days and the nature of his violations. Specifically, the most serious violation was the defendant's failure to engage in mental health treatment. The defendant has since promised to pursue such treatment, which the Probation Office and the

1

undersigned believe are to the defendant's benefit. The government and defendant joined in the request to terminate supervision as unsuccessful.

As such, the Court recommends a finding that the defendant violated his conditions of release and terminate his supervision as unsuccessful.[1]

Date: January 15, 2026

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

---

[1] Per the Probation Office, no hearing is needed to adopt this Recommendation, as no additional supervision is ordered. Adoption of the Report and Recommendation would close this case.